| | | |
|---|---|---|
| Alison Lundergan Grimes<br>Secretary of State | **Commonwealth of Kentucky**<br>**Office of the Secretary of State** | Summons Division<br>PO BOX 718<br>FRANKFORT, KY 40602-0718 |

August 29, 2018

LIFE INSURANCE COMPANY OF
NORTH AMERICA
MICHAEL A. JAMES
TWO LIBERTY PLACE,
1601 CHESTNUT STREET
PHILADELPHIA, PA 19192

FROM:    SUMMONS DIVISION
           SECRETARY OF STATE

RE:       CASE NO: 18-CI-00492

COURT:  Circuit Court Clerk
      Scott County
      119 N Hamilton St.
      Georgetown, KY 40324
      Phone: (502) 863-0474

Legal action has been filed against you in the captioned case. As provided under Kentucky law, the legal documents are enclosed.

**Questions regarding this action should be addressed to:**

   (1) **Your attorney, or**
   (2) **The attorney filing this suit whose name should appear on the last page of the complaint, or**
   (3) **The court or administrative agency in which the suit is filed at the clerk's number printed above.**

The Kentucky Secretary of State has NO POWER to make a legal disposition of this case. Your responsive pleadings should be filed with the clerk of the court or agency where the suit is filed and served directly on your opposing party.

No copy of future pleadings need be sent to this office unless you wish us to serve the pleading under a particular statute or rule and pay for said service.

| | | |
|---|---|---|
| AOC-E-105    Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    Courts.ky.gov<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | Case #: **18-CI-00492**<br>Court:   **CIRCUIT**<br>County: **SCOTT** |

*Plantiff,* **GAYHART, SANDRA VS. LIFE INSURANCE COMPANY OF NORTH AMERICA,** *Defendant*

TO:  **LIFE INSURANCE COMPANY OF NORTH AMERICA**
     **MICHAEL A. JAMES**
     **TWO LIBERTY PLACE, 1601 CHESTNUT STREET**
     **PHILADELPHIA, PA 19192**

RECEIVED

AUG 28 2018

SECRETARY OF STATE

The Commonwealth of Kentucky to Defendant:

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

            /s/ Karen Boehm, Scott Circuit Clerk
            Date: **08/17/2018**

Presiding Judge: HON. BRIAN PRIVETT (614383)

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

   Date: _____, 20 _____

                                    _____
                                    Served By

                                    _____
                                    Title

Summons ID: 11687088552265@00000134179
CIRCUIT: 18-CI-00492 Long Arm Statute -- Secretary of State
GAYHART, SANDRA VS. LIFE INSURANCE COMPANY OF NORTH AMERICA



Page 1 of 1

**eFiled**

Package : 000002 of 000007

| Filed | 18-CI-00492 | 08/17/2018 | Karen Boehm, Scott Circuit Clerk |
|---|---|---|---|
| A true copy attest | 18-CI-00492 | 08/17/2018 | /s/Karen Boehm, Scott Circuit Clerk |

COMMONWEALTH OF KENTUCKY
SCOTT CIRCUIT COURT
CIVIL DIVISION _____
CASE NO. _____
*Electronically Filed*

SANDRA GAYHART                                                           PLAINTIFF

vs.                                       **COMPLAINT**

LIFE INSURANCE COMPANY OF NORTH AMERICA                  DEFENDANT
d/b/a CIGNA GROUP INSURANCE

    To be served through Kentucky Secretary of State:

    Michael A. James
    Two Liberty Place
    1601 Chestnut Street
    Philadelphia, PA 19192-2211

    \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\*

1. The Plaintiff, Sandra Gayhart, is a citizen and resident of Scott County, Kentucky.

2. Life Insurance Company of North America ("LINA" or "Defendant") is an insurance company believed to be domiciled in the state of Pennsylvania. LINA, in its dealings with Plaintiff, has represented that it does business as Cigna Group Insurance. LINA's service of process agent is Michael A. James, Two Liberty Place, 1601 Chestnut Street, Philadelphia, PA 19192-2211 and can be served through the Kentucky Secretary of State.

3. The Plaintiff had been employed at Toyota Motor Manufacturing Kentucky ("TMMK") beginning in 1989, and working most recently as a Team Member.

4. The Defendant supplied and issued a policy of insurance to TMMK, where the Plaintiff obtained coverage for long-term disability ("LTD") insurance. The applicable

| Filed | 18-CI-00492 | 08/17/2018 | Karen Boehm, Scott Circuit Clerk |
|---|---|---|---|
| A true copy attest | 18-CI-00492 | 08/17/2018 | /s/Karen Boehm, Scott Circuit Clerk |

Presiding Judge: HON. BRIAN PRIVETT (614383)

Package : 000003 of 000007

Filed            18-CI-00492    08/17/2018        Karen Boehm, Scott Circuit Clerk
A true copy attest  18-CI-00492    08/17/2018        /s/Karen Boehm, Scott Circuit Clerk

insurance policy number is believed to be FLK-0980011. The insurance company's incident number is 3221598-01.

5. Jurisdiction and venue are proper in this court because the Defendant supplied and issued insurance policies in Scott County to cover employees of TMMK.

6. The LTD insurance policy provides for monthly disability benefit payments, based on a percentage of Plaintiff's pre-disability earnings.

7. Benefits are payable to Plaintiff under the LTD insurance policy because she is disabled, as defined in the insurance policy, from performing her past occupation at TMMK and any other gainful occupation.

8. The Plaintiff, while working at TMMK, became disabled as defined in her insurance policy on or about August 2013, and remains disabled.

9. The Plaintiff was and has been unable to perform the material duties of her own occupation, and any other gainful occupation, since on or about August 2013, as a result of injury or sickness.

10. The Plaintiff applied for long-term disability benefits with the Defendant in a timely fashion, in the manner outlined in the insurance policy.

11. Plaintiff provided proof that she was disabled from work, and that she was unable to perform her own occupation and any other occupation.

12. On or about March 2014, Defendant approved Plaintiff's LTD claim.

13. On or about June 21, 2015, the Social Security Administration approved Plaintiff's claim for Social Security disability benefits, finding that she was disabled as of October 22, 2013.

Presiding Judge: HON. BRIAN PRIVETT (614383)
Package : 000004 of 000007

Filed            18-CI-00492    08/17/2018        Karen Boehm, Scott Circuit Clerk
A true copy attest  18-CI-00492    08/17/2018        /s/Karen Boehm, Scott Circuit Clerk

Filed                18-CI-00492    08/17/2018       Karen Boehm, Scott Circuit Clerk
A true copy attest   18-CI-00492    08/17/2018       /s/Karen Boehm, Scott Circuit Clerk

14. By letter dated August 2, 2016, Defendant offered Plaintiff a lump sum payment in lieu of receiving monthly benefits for her claim.

15. Plaintiff continued to provide Defendant with medical information whenever requested.

16. By letter dated November 1, 2016, Defendant informed Plaintiff that the offer for lump sum settlement had expired since Plaintiff had not accepted the offer.

17. Defendant continued to approve and pay Plaintiff's LTD claim for the next, approximately, 86 days after its offer of lump sum payment had expired.

18. During that time, Plaintiff's disabling medical conditions did not improve.

19. By letter dated January 26, 2017, Defendant denied Plaintiff's LTD claim beyond February 3, 2017.

20. Plaintiff submitted a timely appeal to the Defendant, requesting that the Defendant reconsider its denial of benefits.

21. By letter dated October 27, 2017 Defendant denied Plaintiff's LTD claim.

22. Plaintiff submitted a timely appeal to the Defendant, requesting that the Defendant reconsider its denial of benefits.

23. By letter dated July 31, 2018, Defendant again denied Plaintiff's LTD claim.

24. The July 31, 2018, letter stated that Plaintiff "has the right to bring a legal action for benefits under the Employee Retirement Income Security Act of 1974 (ERISA) section 502(a)[.]"

25. The LTD insurance is an employee benefit governed by the Employee Retirement Income Security Act, 29 U.S.C. § 1001 et seq.

3

Presiding Judge: HON. BRIAN PRIVETT (614383)

Package : 000005 of 000007

Filed            18-CI-00492   08/17/2018   Karen Boehm, Scott Circuit Clerk
A true copy attest   18-CI-00492   08/17/2018   /s/Karen Boehm, Scott Circuit Clerk

26. The Plaintiff has exhausted any administrative remedies that may be required under the insurance contract and/or by law.

27. Under the terms of the insurance policy, Plaintiff is entitled to continued monthly LTD benefits until the maximum benefit duration date in the policy.

28. The Plaintiff is entitled to LTD benefits, and Defendant should be required to perform under its contract and pay benefits to Plaintiff.

## COUNT I

29. Plaintiff incorporates by reference all of the preceding paragraphs as if fully stated herein.

30. This count is brought under ERISA pursuant 29 U.S.C. § 1132(a)(1)(B) as a result of Defendant's improper denial of benefits under the plan and to recover benefits under the terms of the plan.

31. Defendant's decision to terminate benefits, and its refusal to reinstate benefits after receiving additional evidence on appeal, was wrong, arbitrary and capricious, against the evidence provided to Defendant, and a breach of fiduciary duty, all of which entitles Plaintiff to benefits under the terms of the plan, interest, and attorney's fees under 29 U.S.C. § 1132(a)(1)(B) and (g).

32. Defendant's internal review is not subject to abuse of discretion review, and Plaintiff's claim should be reviewed de novo.

33. The damages sought for the aforesaid injuries are in excess of the jurisdictional limits of this Court.

Presiding Judge: HON. BRIAN PRIVETT (614383)

Package : 000000 of 000007

Filed            18-CI-00492   08/17/2018   Karen Boehm, Scott Circuit Clerk
A true copy attest   18-CI-00492   08/17/2018   /s/Karen Boehm, Scott Circuit Clerk

Filed            18-CI-00492      08/17/2018           Karen Boehm, Scott Circuit Clerk
A true copy attest   18-CI-00492   08/17/2018           /s/Karen Boehm, Scott Circuit Clerk

WHEREFORE, Plaintiff demands the following relief:

Judgment against Defendant for full contractual benefits under 29 U.S.C. § 1132(a)(1)(B) and attorney's fees and interest under 29 U.S.C. § 1132(g) pursuant to ERISA.

Respectfully submitted,

*/s/ Elizabeth A. Thornsbury*
ELIZABETH A. THORNSBURY
Email: elizabeth@austinmehr.com

M. AUSTIN MEHR
Email: amehr@austinmehr.com
**Mehr, Fairbanks & Peterson**
**Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone: (859) 225-3731
Facsimile: (859) 225-3830
*Attorney for Plaintiff*

5

Filed            18-CI-00492      08/17/2018           Karen Boehm, Scott Circuit Clerk
A true copy attest   18-CI-00492   08/17/2018           /s/Karen Boehm, Scott Circuit Clerk

Presiding Judge: HON. BRIAN PRIVETT (614383)

Package : 000007 of 000007

7017 2620 0000 5840 3618

LIFE INSURANCE COMPANY OF
NORTH AMERICA
MICHAEL A. JAMES,
TWO LIBERTY PLACE,
1601 CHESTNUT STREET
PHILADELPHIA, PA 19192



Kentucky
UNBRIDLED SPIRIT

LUNDERGAN GRIMES
SECRETARY OF STATE
P.O. Box 718
Frankfort, Kentucky 40602-0718

REGISTER TO VOTE