UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
*ELECTRONICALLY FILED*

| | |
|---|---|
| SANDRA GAYHART, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. 5:18-cv-00551-CHB |
| LIFE INSURANCE COMPANY OF | ) |
| NORTH AMERICA d/b/a CIGNA GROUP | ) |
| INSURANCE, | ) |
| | ) |
| Defendant. | |

**JOINT NOTICE OF SETTLEMENT**

\*\*\* \*\*\* \*\*\* \*\*\*

Plaintiff, Sandra Gayhart, and Defendant, Life Insurance Company of North America, d/b/a Cigna Group Insurance ("LINA" or "Defendant") (collectively "the Parties"), by and through their respective counsel, hereby jointly notify the Clerk and the Court pursuant to Local Rule 54.1 that the Parties reached a settlement in principle in this matter on June 11, 2019. The Parties respectfully ask the Court to allow forty-five (45) days to finalize the settlement, and to stay any pending deadlines during such time. Once the settlement is finalized, the Parties propose that they shall submit an Agreed Order of Dismissal.

2

Respectfully submitted,

/s/ *Elizabeth A. Thornsbury*
ELIZABETH A. THORNSBURY
M. AUSTIN MEHR
**Mehr, Fairbanks & Peterson**
**Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone: (859) 225-3731
Facsimile: (859) 225-3830
Email: elizabeth@austinmehr.com
Email: amehr@austinmehr.com
*Counsel for Plaintiff*

and

/s/ *David A. Calhoun* (with permission)
David A. Calhoun
Mitzi D. Wyrick
**WYATT, TARRANT & COMBS, LLP**
500 West Jefferson Street, Suite 2800
Louisville, Kentucky 40202-2898
Telephone: (502) 589-5235
Facsimile: (502) 589-0309
Email: dcalhoun@wyattfirm.com
Email: mitziwyrick@wyattfirm.com
*Counsel for Defendant,*
*Life Insurance Company of North America*

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

- **David A. Calhoun**
  dcalhoun@wyattfirm.com,sneely@wyattfirm.com
- **M. Austin Mehr**
  amehr@austinmehr.com,amlopsc@yahoo.com,knolen@austinmehr.com, pgf@austinmehr.com,shall@austinmehr.com
- **Elizabeth Ann Thornsbury**
  elizabeth@austinmehr.com,amlopsc@yahoo.com,knolen@austinmehr.com, shall@austinmehr.com
- **Mitzi Denise Wyrick**
  mitziwyrick@wyattfirm.com,lmattingly@wyattfirm.com

**Manual Notice List**

- No manual recipients

/s/ *Elizabeth A. Thornsbury*
ELIZABETH A. THORNSBURY