UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | |
|---|---|
| SANDRA GAYHEART, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 5:18-CV-551-CHB |
| ) | |
| v. ) | |
| ) | **ORDER OF DISMISSAL WITHOUT** |
| LIFE INSURANCE COMPANY OF ) | **PREJUDICE** |
| NORTH AMERICA, d/b/a CIGNA ) | |
| GROUP INSURANCE, ) | |
| ) | |
| Defendant. | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The Court having been advised by counsel that settlement has been reached on all matters in this case [R. 18],

**IT IS HEREBY ORDERED** as follows:

1. This action is **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the **ACTIVE DOCKET**.

2. The parties **SHALL** tender a stipulation of dismissal, signed by all parties who have appeared and dismissing this case with prejudice, within **forty-five (45) days from the date of entry of this Order**. If the settlement is not consummated and the stipulation of dismissal is not filed within forty-five (45) days from the date of entry of this Order, the Court will entertain a motion to redocket this action upon application to this Court.

This the 17th day of June, 2019.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY