UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
AT LEXINGTON

*FILED ELECTRONICALLY*

| | |
|---|---|
| SANDRA GAYHART    )<br>                                         )<br>     PLAINTIFF           )<br>                                         )<br>v.                                     )<br>                                         )<br>LIFE INSURANCE COMPANY OF NORTH )<br>AMERICA dba CIGNA GROUP INSURANCE )<br>                                         )<br>     DEFENDANT         ) | CIVIL ACTION NO. 5:18-cv-00551-CHB |

**AGREED ORDER OF DISMISSAL**

Plaintiff, Sandra Gayhart, and Defendant, Life Insurance Company of North America, having settled all claims asserted herein, having agreed to the entry of this Order, and the Court being sufficiently advised;

IT IS HEREBY ORDERED that the above-referenced action be and hereby is dismissed with prejudice, and stricken from the Court's docket, with each party to bear its own costs.

Respectfully submitted,

| | |
|---|---|
| /s/Elizabeth Thornsbury (by DAC with permission) | /s/David A. Calhoun |
| Elizabeth@austinmehr.com | David A. Calhoun |
| M. Austin Mehr | Mitzi D. Wyrick |
| amehr@austinmehr.com | WYATT, TARRANT & COMBS, LLP |
| Mehr, Fairbanks & Peterson | 500 West Jefferson Street |
|   Trial Lawyers, PLLC | Suite 2800 |
| 201 West Short Street, Suite 800 | Louisville, KY  40202-2898 |
| Lexington, Kentucky 40507 | 502.589.5235 |
| **Counsel for Plaintiff** | **Counsel for Life Insurance Company of North America** |

61847980.1
6/26/2019