UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | |
|---|---|
| SANDRA GAYHART, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 5:18-CV-551-CHB |
| ) | |
| v. ) | |
| ) | **ORDER OF DISMISSAL WITH** |
| LIFE INSURANCE COMPANY OF ) | **PREJUDICE** |
| NORTH AMERICA ) | |
| dba CIGNA GROUP INSURANCE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Parties' Agreed Order of Dismissal [R. 20] of Plaintiff Sandra Gayhart's claims against Defendant Life Insurance Company of North America d/b/a Cigna Group Insurance. Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. All claims of Plaintiff Sandra Gayhart against Defendant Life Insurance Company of North America d/b/a Cigna Group Insurance are **DISMISSED WITH PREJUDICE,** all dates and deadlines are hereby **VACATED**, and this matter is **STRICKEN** from the Court's active docket, with each party to bear its own costs and fees.

This the 9th day of July, 2019.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY